UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES J. GEDMAN and : CHAPTER 13
GEORGIANNE GEDMAN :
   Debtors :
  :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
  :
vs. :
  :
CHARLES J. GEDMAN and :
GEORGIANNE GEDMAN :
   Respondents : CASE NO. 5-22-bk-00188

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 14th day of March, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtors' plan for the following reason(s):

     1. Debtors' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtors have not submitted all or such portion of the disposable income to the Trustee as required. More specifically, the plan payment is less than the debtors' disposable income as shown on Schedule J.

     2. Debtors' plan violates 11 U.S.C. § 1322(b)(1) in that the plan classifies unsecured claims but unfairly discriminates certain claims in the designation. More specifically, the plan provides for payment of:

     a. Student loan

     WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

     Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

# CERTIFICATE OF SERVICE

   AND NOW, this 16th day of March, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Eugene Doud, Esquire
1418 Main Street, Suite 102
Peckville, PA 18452


               /s/Deborah A. Behney
               Office of Jack N. Zaharopoulos
               Standing Chapter 13 Trustee