| Fill in this information to identify the case: |
|---|
| Debtor 1 <u>Charles J Gedman</u> |
| Debtor 2 <u>Georgianne Gedman</u> (Spouse, if filing) |
| United States Bankruptcy Court for the <u>Middle District Of Pennsylvania</u> |
| Case number <u>22-00188</u> |

<u>Official Form 410S1</u>

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5

**Court claim no**. (if known): <u>16</u>

**Last four digits** of any number you use to identify the debtor's account: 8864

**Date of payment change:** <u>04/01/2023</u>
Must be at least 21 days after date of this notice

**New total payment:** $ 811.55
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $<u>299.26</u>   **New escrow payment:** $<u>358.58</u>

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%   **New interest rate:** _____%

**Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

Debtor 1 <u>Charles J Gedman</u>    Case Number (*If known*): 22-00188
        First Name    Middle Name    Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____ **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michael P. Farrington            Date December 23, 2022
  Signature

Print:   <u>Michael P. Farring</u>ton _____    Title <u>Attorney for Creditor</u>
         First Name    Middle Name    Last Name

Company   KML Law Group, P.C.

Address   <u>701</u>        <u>Market Street, Suite 5000</u>
          Number       Street
          Philadelphia,                    PA      19106
          City                             State   ZIP Code

Contact phone  (215) 627–1322          Email  mfarrington@kmllawgroup.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2