IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Georgianne Gedman<br>Charles J. Gedman a/k/a Charles Gedman a/k/a Chuck Gedman<br>                                         Debtor(s)<br><br>**Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5**<br>                                         Movant<br>                                         vs.<br><br>**Georgianne Gedman**<br>**Charles J. Gedman a/k/a Charles Gedman a/k/a Chuck Gedman**<br>                                         Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                                         Trustee | BK NO. 22-00188 MJC<br><br>Chapter 13<br><br>Related to Claim No. 16 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 23, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Georgianne Gedman
1426 West Gibson Street
Scranton, PA 18504

Charles J. Gedman a/k/a Charles Gedman a/k/a Chuck Gedman
1426 West Gibson Street
Scranton, PA 18504

<u>Attorney for Debtor(s)</u>
Eugene J. Doud, Esq.
1418 Main Street, Suite 102 (VIA ECF)
Peckville, PA 18452

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>December 23, 2022</u>

                                                            **/s/Michael P. Farrington Esq.**
                                                            Michael P. Farrington Esq.
                                                            Attorney I.D. 329636
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106
                                                            (215) 825-6488
                                                            mfarrington@kmllawgroup.com